UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

SUMMIT LOCATIONS, LLC, *et al.*,

    Plaintiffs,

vs.

BOARD OF TRUSTEES,
WASHINGTON TOWNSHIP, OHIO, *et al.*,

    Defendants.

Case No. 3:22-cv-73

District Judge Michael J. Newman
Magistrate Judge Peter B. Silvain, Jr.

---

**ORDER: (1) STAYING, UNTIL FURTHER COURT ORDER, BRIEFING ON PLAINTIFFS' MOTION FOR A PRELIMINARY INJUNCTION (DOC. NO. 3); (2) REQUIRING COUNSEL TO MEET AND CONFER AND SUBMIT A JOINT STATUS REPORT AND PROPOSED BRIEFING SCHEDULE ON OR BEFORE MARCH 29, 2022; AND (3) SETTING A STATUS CONFERENCE FOR APRIL 6, 2022 AT 9:30 AM**

---

Upon the filing of Plaintiffs' motion for a preliminary injunction (Doc. No. 3), the Court, on March 15, 2022, convened an informal conference with the parties pursuant to S.D. Ohio Civ. R. 65.1(a). Counsel for all parties appeared and participated.[1] The parties agreed to meet and confer and to establish a proposed briefing schedule on Plaintiffs' motion for a preliminary injunction. With agreement of the parties, the Court hereby **ORDERS**:

1. Briefing on Plaintiffs' motion for a preliminary injunction is **STAYED** until further Court order;

2. The parties **SHALL MEET AND CONFER AND SUBMIT**, on or before **March 29, 2022**, a joint status report summarizing the results of their discussions and presenting a proposed briefing schedule on Plaintiffs' motion for a preliminary injunction; and

3. The parties shall appear for a status conference on **April 6, 2022 at 9:30 a.m.** by telephone.[2]

---

[1] Counsel for Defendants are advised to notice their appearance forthwith.
[2] To participate, the attorneys for the parties shall call: 1-888-278-0296, enter access code 2725365, security code 123456, and wait for the Court to join the conference.

**IT IS SO ORDERED.**

Date:  March 15, 2022             s/Michael J. Newman
                                  Hon. Michael J. Newman
                                  United States District Judge